## Helen Herzog, Appellee, v. Neisner Brothers, Inc., Appellant.

### Gen. No. 44,757.

B. F. Martin and Richard E. Keogh, for appellant; Fay Warren Johnson, of counsel; Sherwin & Sherwin, for appellee; Julius L. Sherwin and Theodore R. Sherwin, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed November 21, 1949; released for publication December 2, 1949.

## Lillian Goldberg, Appellant, v. Wm. M. Brzezicki, Appellee.

### Gen. No. 44,772.

Jacob Levy,